| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br>In re:<br><br>ERIC KIM<br><br>                         Debtor(s)<br>---------------------------------------------------------X | *Return Date:  September 19, 2017*<br>*Time:  10:00 a.m.*<br><br>Chapter 13<br>Case No.: 17-43421-608<br><br><br>**NOTICE OF MOTION** |

SIRS / MADAMS:

      **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Carla E. Craig, United States Bankruptcy Judge, on the 19th day of SEPTEMBER, 2017 at 10:00AM, at the United States Bankruptcy Court located at 271 Cadman Plaza East – Courtroom 3529, Brooklyn, New York 11201, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case, by reason of the debtor(s)' failure to provide and/or file documents, and for such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served on the undersigned no later than seven (7) days prior to the return date of this motion.

Dated: Islandia, New York  
       August 31, 2017

Yours, etc.

MICHAEL J. MACCO  
Chapter 13 Trustee  
2950 Express Drive South, Suite 109  
Islandia, NY  11749  
(631) 549-7900

To:    *Office of the United States Trustee*  
       *ERIC KIM, Debtor(s)*  
       *DAVID B. SHAEV, ESQ., Attorney for Debtor(s)*  
       *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    **tmm1634**
In re:                                                        Chapter 13
                                                              Case No.: 17-43421-608

ERIC KIM

         Debtor(s)                            **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE CARLA E. CRAIG, UNITED STATES BANKRUPTCY JUDGE:

    MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, respectfully represents, as follows:

    1.  The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on June 29, 2017, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

    2.  As of the date of this motion, debtor(s) has failed to file/provide the Trustee with amended Chapter 13 Plan; amended Schedules; Utility bills for the month of July including gas/oil, water, electric, and cable; amended Means Test; bank statements on all accounts from December 1, 2016 - June 30, 2017, including Chase (6865) from June 16, 2017 - June 30, 2017; and details of pension.

    3.  This is a material default and is prejudicial to the rights of the creditors of the debtor.

    **WHEREFORE**, the Trustee prays for an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       August 31, 2017

                                    */s/ Michael J. Macco*
                                    Michael J. Macco, Chapter 13 Trustee
                                    2950 Express Drive South, Suite 109
                                    Islandia, NY  11749
                                    (631) 549-7900

STATE OF NEW YORK      )
COUNTY OF SUFFOLK     )      ss.:

       STEPHANIE TURNER, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

       On August 31, 2017, deponent served the within:

### NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Office of the United States Trustee*
*U.S. Federal Office Building*
*201 Varick Street, Suite 1006*
*New York, NY 10014*

*Eric Kim*
*86-12 254th Street*
*Bellerose, NY 11426*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*David B. Shaev, Esq.*
*Shaev & Fleischman LLP*
*david@sflawny.com*
*Attorney for Debtor(s)*

                                 */s/ Stephanie Turner*
                                 STEPHANIE TURNER

Sworn to before me this
31st day of AUGUST, 2017

*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017